# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Chuck Allan Domeyer<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 22-CR-2041<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 20 2022__ in the county of __Delaware__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Travis Hemesath, Delaware County Sheriff's Deputy
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: July 22, 2022

_____
Judge's signature

Northern District of Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Travis Hemesath, Investigator with the Delaware County Sheriff's Office, being duly sworn, depose and state that:

1. Your affiant has been certified as a Police Officer since April 2008. Prior to this certification your affiant has received training from working as a reserve police officer. Your affiant has been assigned as a Patrol Officer since April of 2007 to October 18, 2010, for the Howard County Sheriff's Office. Your affiant is currently assigned as a Patrol Deputy/Investigator for the Delaware County Sheriff's Office as of October 18, 2010 to present. Your affiant's current duty status is full-time assignment to Investigations and Patrol.

2. Your affiant is a certified peace officer in Iowa. Your affiant has received training through the Iowa Law Enforcement Academy and at subsequent schools concerning the investigation, interdiction and identification of narcotics.

3. Your affiant's specified training is described as the following: Level one, two and three High Risk Entry Trainings, Roadside Interviews Drug Interdiction course, Patrol Tactics for the Rural Officer, Taser Certified, Emergency Care Provider, Crime Scene Investigation and Interview and interrogation and Clan Lab Certified. Your affiant has made an excess of 250 or more narcotics related arrests within his career. Your affiant also received two years of education with an emphasis in Law Enforcement and received an AAS Degree in Police Science.

4. Your affiant has conducted numerous hours of surveillance of narcotics users and dealers and has worked in supervising informants in an undercover capacity, which resulted in the purchases of various controlled substances. Furthermore, your affiant has participated in the execution of more than thirty narcotics related search warrants. Duties of the affiant during execution of the warrants have included assessment, evidence collecting, dismantling and clean-up of illegal narcotics and equipment, clandestine methamphetamine laboratories and marijuana production systems.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agent witnesses. This affidavit is intended to show merely that there is sufficient probable cause to believe Chuck Allan DOMEYER possessed a firearm as a felon, in violation of 18 U.S.C § 922(g)(1), as alleged in the Complaint, and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. On May 20, 2022, deputies with the Delaware County Sheriffs' Office conducted a search at the residence of Chuck Allan DOMEYER located in Delhi, in Delaware County, in the Northern District of Iowa.

7. During the search, officers recovered 70 firearms in the residence. A nexus expert reviewed these items and determined that 64 of them qualified under the federal definition of a "firearm" and were manufactured outside the state of Iowa.

2

8. DOMEYER, the sole known resident of the house, was not present at the time of the search, but later spoke to another deputy for Delaware County and inquired about whom had taken his firearms.

## CRIMINAL HISTORY

9. DOMEYER's criminal history includes a 1999 felony conviction for Burglary Second (Domestic) in Dubuque County, Iowa. In October 2020, the Delaware Sheriff's Department sent DOMEYER a letter notifying him that his application for a permit to carry was denied due to a prior felony conviction. Attached to the letter was a copy of his prior felony conviction.

## CONCLUSION

10. Based upon my training and experience, I believe there is probable cause to find that, on May 20, 2022, in the Northern District of Iowa, Chuck Allan DOMEYER possessed a firearm as a prohibited person in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

11. I declare under penalty of perjury that the above-foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Dated this ___ day of July, 2022.

Deputy Travis Hemesath
Delaware County Sheriff's Office

3

Subscribed and sworn to by telephonic or other reliable electronic means on this 22nd day of July, 2022.

_____
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa

4

Case 6:22-cr-02041-CJW-MAR   Document 2   Filed 07/22/22   Page 5 of 5