IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 22-CR-2041 |
| vs. | ) | |
| CHUCK ALLAN DOMEYER, | ) | |
| Defendant. | ) | |

**ORDER SEALING COMPLAINT AND WARRANT**

For cause, it is

ORDERED

That the Complaint and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 22nd day of July, 2022.

_____
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa