IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | No. 22-CR-2041 |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| CHUCK ALLAN DOMEYER, | 18 U.S.C. § 922(g)(1): |
| Defendant. | Possession of a Firearm by a Felon |

The Grand Jury charges:

## Count 1

**Possession of a Firearm by a Felon**

On or about May 20, 2022, in the Northern District of Iowa, defendant CHUCK ALLAN DOMEYER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically:

1. Leinad Inc. Model DD, .45 LC/410-gauge double barrel pistol, bearing serial number: M00009551;

2. Hawes Firearms Company Western Sixshooter, .22 caliber revolver, bearing serial number: 83812 (J.P. Sauer & Sohn);

3. Rexio Pucara 226, .22 LR caliber revolver, bearing serial number: C36243;

4. Rohm, .22 Short caliber revolver, bearing serial number: 1069302;

5. Tanfoglio TA22S, .22 LR caliber revolver, bearing serial number: 61364;

1

6   Dan Wesson Arms, .357 Magnum caliber revolver, bearing serial number: SD017705;

7   Iver Johnson Arms & Cycle Works Champion, 12-gauge shotgun, bearing serial number: UGG;

8   Iver Johnson Arms & Cycle Works Champion, 16-gauge shotgun, bearing serial number: IIFX;

9   J.C. Higgins Model 31, .22 S, L, or LR caliber rifle, bearing no serial number;

10  Remington 870, 20-gauge shotgun, bearing serial number: RS57944P;

11  Mossberg Maverick Model 88, 12-gauge, bearing serial number: MV17026V;

12  Mossberg 500C, 20-gauge shotgun, bearing serial number: R633786;

13  Winchester Model 37, 16-gauge shotgun, bearing no serial number;

14  Coast to Coast 267H, 12-gauge shotgun, bearing no serial number;

15  Mossberg 185D, 20-gauge shotgun, bearing no serial number;

16  Remington 870 Duck Unlimited, 12-gauge shotgun, bearing serial number: 10029DU;

17  Winchester 1300 Ranger, 20-gauge shotgun, bearing serial number: L2673609;

18  Winchester 1300 Ranger, 12-gauge shotgun, bearing serial number: L2532169;

19  J. Stevens Springfield 5100, 12 -gauge shotgun, bearing no serial number;

20  Winchester Ranger 120, 20-gauge shotgun, bearing serial number: L1677952;

21  Harrington & Richardson Topper 88, 410-gauge shotgun, bearing serial number: AT411315;

22  Savage Stevens Model 94C, 20-gauge shotgun, bearing no serial number;

23  Remington Model 10, 12-gauge shotgun, bearing serial number: U221065;

24  Savage Stevens 820B, 12-gauge shotgun, bearing no serial number;

25  Western Fields Model 15K, 16-gauge shotgun, bearing no serial number;

26  Ithaca Model 37 Featherlight, 20-guage shotgun, bearing serial number: 371324605;

27  Marlin Glenfield Model 25, .22 S, L, or LR caliber rifle, bearing serial number: 72368827;

28  Springfield Arms Company, 12-gauge shotgun, bearing serial number: 97036 (J. Stevens Arms);

29  Excel, 20-gauge shotgun, bearing serial number: 73844XE;

30  Remington 7400, 270 WIN caliber rifle, bearing serial number: A8032368;

31  J.C. Higgins Model 101.40, 12-gauge shotgun, bearing no serial number;

32  Winchester Model 290, .22 L or LR caliber rifle, bearing serial number: B1042981;

33  Savage Stevens 87B, .22 caliber rifle, bearing no serial number;

34  J.C. Higgins 583.16, 12-gauge shotgun, bearing no serial number;

35  Ruger M77 Mark II, 220 Swift caliber rifle, bearing serial number: 787-44396;

36  Marlin Ranger Model 34A, .22 LR caliber rifle, bearing no serial number;

37  Remington Woodmaster 742, .243 WIN caliber rifle, bearing serial number: 7476165;

38  Savage Stevens 77B, 20-gague shotgun, bearing no serial number;

39  Remington 870 Express, 410-gauge shotgun, bearing serial number: A234172H;

40  Ruger M77 Mark II, 220 Swift caliber rifle, bearing serial number: 782-38769;

41  Savage Stevens 62C, 16-gauge shotgun, bearing no serial number;

42  Marlin Model 57, .22 Magnum caliber rifle, bearing no serial number;

43  Remington, 12-guage shotgun, bearing serial number: U44641;

44  Savage Stevens 820B, 12-gauge shotgun, bearing no serial number;

45  Ithaca Model 37 Featherlight, 12-gauge shotgun, bearing serial number: 814115-4;

46  Ithaca Model 37 Featherlight, 12-gauge shotgun, bearing serial number: 680116-2;

47  Revelation 300, 410-gauge shotgun, bearing no serial number;

48  Winchester Model 12, 12-gauge shotgun, bearing serial number: 638865;

49  Savage Model 24 Series P, .22 LR/20-gauge combination gun, bearing serial number: C889042;

50  Savage Model 24B- DL, .22 Win Mag/20-gauge combination gun, bearing no serial number;

51  Marlin Model 60, .22 LR caliber, bearing serial number: 11262510;

52  Winchester Model 90, .22 WRF, bearing serial number: 769221;

53  Winchester Model 62A, .22 S, L, or LR caliber rifle, bearing serial number: 383105;

54  Remington 870 Express Magnum, 20-gauge shotgun, bearing serial number: AB145053U;

55  Remington Model 12, .22 S, L, or LR, caliber rifle, bearing serial number: 195411;

56  Winchester Model 94, 30-30 WIN caliber rifle, bearing serial number: 3725443;

57  Marlin Model 60, .22 LR caliber rifle, bearing serial number: 11393457;

58  Ruger 10/22, .22 LR caliber rifle, bearing serial number: 357-37464;

59  Winchester Model 62, .22 S, L, or LR, caliber rifle, bearing serial number: 98073A;

60  Savage Model 24, .22 Lr/41-gauge combination gun, bearing no serial number;

61  Remington Speedmaster 241, .22 LR caliber rifle, bearing serial number: 124186;

62  Smith & Wesson M&P 15-22, .22 LR caliber rifle, bearing serial number: DWP7979;

63  Marlin 30AS, 30-30 WIN caliber rifle, bearing serial number: 12002466; and

64  Marlin 925M, .22 WIN Mag caliber rifle, bearing serial number: 96614507,

and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Burglary Second Degree (Domestic), in the Iowa District Court for Dubuque County, on or about April 12, 1999, in case number FECR35152.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

s/ Foreperson
_____    Aug 17, 2022
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
Acting United States Attorney

By: _____

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/17/2022
PAUL DE YOUNG, CLERK