# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHUCK ALLEN DOMEYER,<br><br>  Defendant. | No. 22-cr-2041-CJW<br><br>**ORDER SCHEDULING INITIAL APPEARANCE AND ARRAIGNMENT** |

The initial appearance and arraignment for the above defendant will take place before the undersigned on **Friday, September 16, 2022 at 3:00 p.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 15th day of September, 2022.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa