# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA, Plaintiff, vs. CHUCK ALLAN DOMEYER, Defendant. | **HEARING MINUTES**    Sealed: No <br> Case No.: 22-CR-2041-CJW-MAR-1 <br> Presiding Judge: Mark A Roberts, Magistrate Judge <br> Deputy Clerk: Sarah Melvin <br> Official Court Record: FTR Gold <br> -- |

| Date: | 9/16/2022 | Start: | 3:10 PM | Adjourn: | 3:14 PM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Appearances: | | Plaintiff(s): | AUSA Nicole Nagin | | | | |
| | | Defendant(s): | Appears in person and is represented by AFPD Zachary Crowdes | | | | |
| | | U.S. Probation: | Meggie Fahrner & Barb Lukesh | | | | |
| | | Interpreter: | --- | Language: | --- | Certified: -- | Phone: -- |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | X | |
|---|---|---|---|---|---|---|
| | Date of indictment: | | 8/17/2022 | | | |
| | Was defendant *Mirandized*? | | Yes | | | |
| | Defendant pleaded: | | Not guilty to Count 1 of the Indictment | | | |
| | Counsel: | Retained: | or | Appointed FPD or CJA: X | | AFPD Chris Nathan |
| | Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | | N/A | |
| | Did the government move for detention? | | Yes | Was the defendant detained? | | Yes |
| | Oral Motion for Detention/Preliminary hearing? | | Waived | Date: | | |
| | Trial date: | | 11/14/2022 - CJW | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| | **Miscellaneous:** | Court informs Defendant of consular notification rights. <br><br> Defendant waives formal reading of the Indictment. <br><br> Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. | | | | |