IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| STATE OF IOWA, | ) | |
|---|---|---|
| | ) | NO. 22-CR-2041 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF INTENT |
| | ) | TO PLEAD GUILTY |
| CHUCK ALLAN DOMEYER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Chuck Domeyer, by and through counsel, and hereby gives Notice of his Intent to Plead Guilty to Count I of the Indictment.

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Emily Nydle
Assistant United States Attorney

/s/Jodi Tielebein

cc: Chuck Domeyer

/s/Cory Goldensoph
Cory Goldensoph        AT0002826
425 Second Street SE
Suite 803
Cedar Rapids, Iowa 52401
Telephone No. (319) 364-5525
Facsimile No. (319) 286-1137
Email: cory@goldensophlaw.com

ATTORNEY FOR DEFENDANT