# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHUCK ALLAN DOMEYER, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 22-CR-2041-CJW-MAR-1<br>Presiding Judge: Mark A Roberts, Magistrate Judge<br>Deputy Clerk: Sarah Melvin<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 10/27/2022 | Start: | 10:00 AM | Adjourn: | 10:24 AM | Courtroom: | 4, 4th Floor Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|

| Appearances: | | | |
|---|---|---|---|
| | Plaintiff(s): | AUSA Emily Nydle | |
| | Defendant(s): | Appears in person and is represented by Cory Goldensoph | |
| | U.S. Probation: | --- | |
| | Interpreter: | --- | Language: / Certified: / Phone: |

| **TYPE OF PROCEEDING:** | **CHANGE OF PLEA** | Contested? No | Continued from a previous date? No |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Defendant pleaded GUILTY to count(s): | | 1 of the Indictment | | | |
| Defendant is | X | Detained | | Released | pending sentencing. |

| **Exhibit:** | N/A |
|---|---|
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. |
| **Miscellaneous:** | Court places the defendant under oath.<br><br>Court finds the Defendant is competent and he understands the charge. Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.<br><br>Court finds the Defendant's plea of guilty is voluntary and the defendant should be adjudged guilty of Count 1 of the Indictment based upon his plea of guilty.<br><br>Court to file a Report and Recommendation. Court orders USP to prepare PSIR. |