IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 22-CR-2041 |
| Plaintiff, ) | |
| ) | |
| vs. ) | UNRESISTED MOTION TO |
| ) | EXTEND DEADLINES |
| ) | FOR OBJECTIONS TO PSR |
| CHUCK DOMEYER, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Defendant Chuck Domeyer, by and through counsel with this Motion to Extend Deadline to File Objections to the Presentence Investigation Report and hereby states the following:

1. The Presentence Investigation Report in this matter was filed on February 1, 2023. Because of a trial that the defendant's counsel had the week of February 6, 2023, defense counsel has not had an opportunity to travel to Iowa County to meet with Mr. Domeyer.

2. A short extension is needed so that defense counsel can visit Mr. Domeyer. As a result, Mr. Domeyer is requesting the extension to February 20, 2023 to file the objections to the Presentence Investigation Report.

3. The government represented by AUSA Emily Nydle does not resist this motion.

WHEREFORE, the Defendant respectfully requests this Court extend the deadline to file objections until 5:00 p.m. on February 20, 2023.

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Emily Nydle
Assistant United States Attorney

/s/Ria Yadav

cc: Chuck Domeyer

/s/Cory Goldensoph
Cory Goldensoph       AT0002826
425 Second Street SE
Suite 803
Cedar Rapids, Iowa 52401
Telephone No. (319) 364-5525
Facsimile No.  (319) 286-1137
E-mail:  cory@goldensophlaw.com

ATTORNEY FOR DEFENDANT